Filed 8/14/14  P. v. Hake CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Shasta)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JASON MICHAEL HAKE,<br><br>    Defendant and Appellant. | C075806<br><br>(Super. Ct. No. 13F5172) |

Appointed counsel for defendant Jason Michael Hake asked this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Finding no arguable error that would result in a disposition more favorable to defendant, we will affirm the judgment.

1

## I

David Cox was living in a mobile home park in August 2013. Defendant had been living with him for about two weeks, but Cox did not like defendant living with him because defendant was angry, argumentative and violent.

Cox and defendant were on the porch drinking alcohol on August 11, 2013, when they got into an argument over who was better at fixing cars. Defendant said, "I'll show you I'm better at some things," and struck Cox in the head with the claw portion of a hammer six or seven times.

Defendant pleaded no contest to assault with a deadly weapon. (Pen. Code, § 245, subd. (a)(1).) The trial court sentenced him to three years in state prison, imposed various fines and fees, awarded 264 days of presentence credit (132 actual days and 132 conduct days), and denied his request for a certificate of probable cause.

## II

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*Wende, supra,* 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief. More than 30 days elapsed and we received no communication from defendant.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.


                                        _____MAURO_____, J.


We concur:


_____BLEASE_____, Acting P. J.


_____ROBIE_____, J.

3